USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/6/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NETHERLANDS INSURANCE COMPANY,

        Plaintiff,

v.

SENECA INSURANCE COMPANY, INC.,

        Defendant.

No. 19-CV-3177 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

By December 20, 2019, the parties shall submit a joint letter to the Court informing it of their progress in reaching a resolution in this case.

SO ORDERED.

Dated:    December 6, 2019
             New York, New York

Ronnie Abrams
United States District Judge