USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NETHERLANDS INSURANCE COMPANY,

                Plaintiff,

v.

SENECA INSURANCE COMPANY, INC.,

                Defendant.

No. 19-CV-3177 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On December 20, 2019, the Court endorsed the parties' request to continue the stay in this action pending a resolution in the underlying case of *Kostas Papacostas v. Three Mac JM, LLC, et al.*, Index No. 700548/2018, which was commenced in the Supreme Court of the State of New York, Queens County. The Court ordered the parties to update the Court within one week of the summary judgment ruling in that action. The Court has not heard from the parties since that order. By February 7, 2022, the parties shall update the Court on the status of that underlying action, including as to whether a decision on the summary judgment motion remains pending.

SO ORDERED.

Dated:    January 31, 2022
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge